**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOSEPH CINQUINI,**

**Plaintiff,**

**v.** **CASE NO.: 8:13-CV-02755-SDM-MAP**

**CAVALRY PORTOLIO**
**SERVICES, LLC**

**Defendant.** **JURY TRIAL DEMANDED**
_____________________________________/

**ANSWER AND AFFIRMATIVE DEFENSES**
**TO COMPLAINT**

COMES NOW, Defendant, AllianceOne Receivables Management, Inc., and files this Answer and Affirmative Defenses to the Plaintiff's Complaint and states:

1. Admit that Plaintiff brings this action under the FDCPA and TCPA, as to all other allegations denied.
2. Admitted for jurisdiction purposes only; otherwise denied.
3. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted that at times, Defendant is considered a "debt collector" as defined by the FDCPA.
8. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

9. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

10. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

11. Denied.

12. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

13. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

14. Denied.

15. Defendant is without sufficient knowledge to admit or deny the allegation contained in this paragraph of Plaintiff's Complaint, therefore denied.

16. Denied.

17. Defendant re-alleges and re-incorporates paragraphs 1 through 16 as if fully stated herein.

18. Denied.

19. Defendant re-alleges and re-incorporates paragraphs 1 through 16 as if fully stated herein.

20. Denied.

21. Defendant re-alleges and re-incorporates paragraphs 1 through 16 as if fully stated herein.

22. Denied.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

Any violation of the law or damage suffered by Plaintiff was due to the affirmative actions and/or omissions of Plaintiff or others, and does not give rise to any claim of damages against Defendant.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiff has suffered no damages as a result of any acts or omissions of Defendants.

**FOURTH AFFIRMATIVE DEFENSE**

Defendants assert, without admitting any liability whatsoever, that any violation of state law was unintentional and the result of a bona fide error, notwithstanding reasonable procedures in place to prevent such errors.

**FIFTH AFFIRMATIVE DEFENSE**

Defendants assert, without admitting any liability whatsoever, that Plaintiff provided his/her prior express to be call on his cellular telephone.

**DEMAND FOR A JURY TRIAL**

The Defendants demand a trial by jury of all issues so triable.

WHEREFORE, Defendants respectfully request an Order dismissing the case and awarding it attorneys' fees and costs.

Respectfully submitted by:

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080
/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN: 0026555
**GOLDEN SCAZ GAGAIN, PLLC**
201 North Armenia Avenue
Tampa, FL 33609
Phone: 813-251-5500
Fax: 813-251-3675
Email: dgolden@gsgfirm.com
Email: cmchale@gsgfirm.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Dale T. Golden
Dale T. Golden, Esquire
FBN: 0094080

/s/ Charles J. McHale
Charles J. McHale, Esquire
FBN: 0026555