UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSEPH CINQUINI,**

Plaintiff,

vs.

CASE NUMBER:
**8:13-cv-02755-SDM-MAP**

**CALVALRY PORTFOLIO SERVICES, LLC,**

Defendant.

________________________________/

**PLAINTIFF'S MOTION FOR ENTRY OF PARTIAL JUDGMENT**

Pursuant to Fed.R.Civ.P. 68, Plaintiff, JOSEPH CINQUINI, files this Motion for Entry of Partial Judgment against Defendant, CALVALRY PORTFOLIO SERVICES, LLC, and in support thereof states as follows:

1. On November 20, 2013, Defendant served on Plaintiff an Offer of Judgment pursuant to Fed. R. Civ. P. 68, offering judgment on Plaintiff's claims under the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* ("FDCPA").

2. On December 4, 2013, Plaintiff accepted Defendant's Offer of Judgment. Plaintiff's acceptance was timely. Federal Rule 68 affords Plaintiff 14 days from the date of service to accept the offer. Federal Rule 6(d) affords Plaintiff 3 additional days for documents served via US Mail or by electronic means.

3. On December 4, 2013, Plaintiff filed Defendant's Offer of Judgment and Plaintiff's acceptance thereof with the Court. **[DE 5]**.

4. Defendant's Offer of Judgment provides for entry of a Judgment of $1,001.00 in favor of Plaintiff's claims under the FDCPA (Complaint Counts I and II). [**DE 5.1, ¶ 1]**

5. In addition, Defendant's Offer of Judgment provides for Plaintiff's recovery of

attorney's fees and costs separate and apart from, and in addition to, the amount of $1,001.00, in that Defendant's Offer of Judgment states that "The judgment entered shall include an additional amount for Plaintiff's reasonable attorney fees and taxable costs incurred by Plaintiff, in an amount to be determined by the Court if the parties are unable to come to an agreement." [**DE 5.1, ¶ 2]**

6. By service of its Offer in Judgment upon Plaintiff, Defendant has demonstrated its lack of opposition to the entry of Judgment on Plaintiff's FDCPA claims and Defendant's Offer fully resolves Plaintiff's claims under the FDCPA.

7. Because the Offer does not resolve Plaintiff's claim under the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq.* ("TCPA") this claim remains before the Court, (Complaint Count III) and should proceed to trial.

8. Regarding Plaintiff's attorney fees and costs, if the parties cannot agree upon the matter, Plaintiff will file a Motion for Fees and Costs within 30 days of entry of Judgment as required by Federal and Local Rules.

**WHEREFORE**, Plaintiff respectfully requests this Court enter Partial Judgment in favor of Plaintiff, JOSEPH CINQUINI, and against Defendant, CALVALRY PORTFOLIO SERVICES, LLC and issue an Order:

a. Entering Judgment in the amount of $1,001.00, in favor of Plaintiff, JOSEPH CINQUINI, and against Defendant, CALVALRY PORTFOLIO SERVICES, LLC, for violations arising under the FDCPA; and

b. Allowing the remainder of Plaintiff's claim's to proceed to trial; and

c. Reserving jurisdiction on the matter of Plaintiff's attorney fees and costs.

Respectfully, submitted this 4th day of December 2013.

/s/ James. S. Giardina
JAMES S. GIARDINA
Fla. Bar. No. 0942421
THE CONSUMER RIGHTS LAW GROUP, PLLC
3104 W Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 4, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/James S. Giardina
James S. Giardina, Esq.

**SERVICE LIST**

Mr. Dale T. Golden, Esq.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675

Mr. Charles James McHale, Jr.
Golden Scaz Gagain, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: 813-251-5500
Facsimile: 813-251-3675